## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  26-** |
| **v.** | : | **DATE FILED:** |
| **JOSE AUGUSTO FREITAS-SILVA** | : | **VIOLATION:** |
| | | **8 U.S.C. § 1326(a), (b)(1)** |
| | : | **(reentry after deportation-1 count)** |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about January 8, 2026, in the Eastern District of Pennsylvania, defendant

**JOSE AUGUSTO FREITAS-SILVA,**

an alien, and native and citizen of Brazil, who had previously been deported and removed from the United States on or about April 26, 2024, was found in the United States, having knowingly and unlawfully reentered the United States without first applying to the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), for permission to reapply for admission, and without receiving in response the express consent of the Attorney General or his successor to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a), (b)(1).


_Christine E Ayres for_

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.26-*

---

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

---

THE UNITED STATES OF AMERICA

vs.

JOSE AUGUSTO FREITAS-SILVA

INFORMATION

8 U.S.C. § 1326(a), (b)(1)(reentry after deportation-1 count)

---

A true bill.

_____
Foreperson

---

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

---

Bail, $_____